■ COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., Respondent, v STANTON CRENSHAW COMMUNICATIONS, LLC, et al., Appellants, et al., Defendants. [930 NYS2d 435]—

The stipulation on which defendants rely does not clearly and unambiguously manifest an intent on plaintiff's part to release defendants from future rent obligations under the lease (*see Gilbert Frank Corp. v Federal Ins. Co.*, 70 NY2d 966, 968 [1988]; *NAB Constr. Corp. v City of New York*, 276 AD2d 388 [2000]).

We have considered defendants' remaining contentions and find them unavailing. Concur—Andrias, J.P., Friedman, Renwick, Richter and Manzanet-Daniels, JJ.